MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for three years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

■
### Earl RODGERS v. STATE.
No. 17816.

Court of Criminal Appeals of Texas.

Dec. 11, 1935.

[black bar]

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, twelve years in the penitentiary.

The record is before us without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment is affirmed.

■
### Earl RODGERS v. STATE (two cases).
Nos. 17817, 17818.

Court of Criminal Appeals of Texas.

Dec. 11, 1935.

[black bar]

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, five years in the penitentiary.

The record is before us without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment is affirmed.

■
### Earl RODGERS v. STATE.
No. 17819.

Court of Criminal Appeals of Texas.

Dec. 11, 1935.

[black bar]

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for five years.

The indictment and other proceedings are regular. Appellant entered a plea of guilty. This court is not furnished with the facts that were heard upon the trial.

The judgment is affirmed.

■
### A. C. STONE, Trustee, et al. v. J. J. DAWSON.
No. 3279.

Court of Civil Appeals of Texas.

El Paso.

Nov. 7, 1935.

Rehearing Denied Nov. 27, 1935.

[black bar]

Earp & Owens, of Alpine, for plaintiffs in error.

W. Van Sickle, of Alpine, for defendant in error.

HIGGINS, Justice.

Briefs have not been filed by plaintiffs in error. Fundamental error does not appear.

The judgment is therefore affirmed.

PELPHREY, C. J., and WALTHALL, J., concur.